**RECEIVED**

SEP 02 2010

TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA, LOUISIANA

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

| | | |
|---|---|---|
| GUSTAVIA LAVERGNE, ET AL | : | DOCKET NO. 09-1297 |
| VS. | : | JUDGE TRIMBLE |
| GULF STREAM COACH, INC., ET AL | : | MAGISTRATE JUDGE KAY |

## JUDGMENT

There being no objection to the proposed findings of fact and conclusions of law in the Report and Recommendation of the Magistrate Judge previously filed herein these findings and conclusions are accepted. Alternatively, this court concludes that the proposed findings and conclusions are entirely correct.[1] Accordingly, it is

**ORDERED** that plaintiff's complaint against defendant, Fluor Enterprises, Inc. be **DISMISSED WITHOUT PREJUDICE** in accordance with LR 41.3W for lack of prosecution.

THUS DONE AND SIGNED in Chambers at Lake Charles, Louisiana, this 2nd day of September, 2010.

JAMES T. TRIMBLE, JR.
UNITED STATES DISTRICT JUDGE

---

[1] The court notes that since the report and recommendation which recommended that defendants, Fluor Enterprises and Gulf Stream Coach, Inc. be dismissed without prejudice for failure to serve these defendants, plaintiffs have successfully served defendant, Gulf Stream Coach, Inc. Accordingly, the Judgment will only dismiss defendant Flour Enterprises.